FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK BAIRD,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>      Defendant - Appellee. | No. 24-565<br><br>D.C. No.<br>2:19-cv-00617-KJM-AC<br>Eastern District of California,<br>Sacramento<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.